UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re  Michelle Delores Hawkins                                    Case No.  17-31327-KRH
                                                                   Chapter 13

          Debtor(s).


### ORDER CONDITIONALLY APPROVING LOAN MODIFICATION AGREEMENT

A hearing was held in open court on  September 26, 2018  on debtor's motion to approve loan modification agreement. Upon consideration of the motion, it is

**ORDERED:**

1. The debtor's motion to approve the loan modification agreement is **CONDITIONALLY APPROVED**.

2. A final hearing on debtor's motion to approve the loan modification agreement will be heard on  November 20, 2018 , at  12:00  P.M. at the U.S. Bankruptcy Court,  Judge Huennekens' Courtroom, 701 East Broad St., Room 5000, Richmond, VA  23219 . This final hearing may be canceled if, prior to the final hearing, the parties submit to the Court: (1) a fully executed copy of the loan modification agreement; and (2) a proposed final order on the motion with endorsements by the debtor or debtor's counsel if the debtor has been represented by counsel during the motion proceedings, the Chapter 13 trustee, and the creditor or creditor's counsel if the creditor has been represented by counsel during the motion proceedings.

Date:  Sep 28 2018                                         /s/ Kevin R Huennekens
                                                                   Judge


                                                           NOTICE OF JUDGMENT ORDER
                                                           ENTERED ON DOCKET
                                                            Oct 1 2018